1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   BILLY DRIVER, JR.,                      Case No. 1:19-cv-01718-DAD-SAB (PC)

12              Plaintiff,                   ORDER DENYING PLAINTIFF'S MOTION
                                            FOR EMAIL ACCESS TO COURT CLERKS
13        v.                                AND/OR PRE-PAID PHONE CALLS TO
                                            COURT
14   ADA 1824 PANELS, *et al.*,
                                            (ECF No. 23)
15              Defendants.

16

17        Plaintiff Billy Driver, Jr. is a state prisoner proceeding *pro se* in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19        Currently before the Court is Plaintiff's motion for an order to show cause why he should

20   not be given e-mail access to court clerks and/or pre-paid phone calls to the court, at state expense

21   in the amount of $10,000.00, for 24 months.  (ECF No. 23.)

22        However, pursuant to Local Rule 133(b)(2), a *pro se* plaintiff must submit all documents

23   to the Court in paper unless the Court orders otherwise, and the Court's electronic filing and

24   storage system generally is available only to attorneys registered to use it.  (See First

25   Informational Order in Prisoner/Civil Detainee Civil Rights Case, ECF No. 2, p. 2.)  Therefore,

26   any communications Plaintiff wishes to send to the Court should be done by way of paper

27   documents, rather than by e-mail or telephone.

28   ///

                                              1

1       Accordingly, Plaintiff's motion for email access to court clerks and/or pre-paid phone

2  calls to court, (ECF No. 23), is HEREBY DENIED.

3

4

5  IT IS SO ORDERED.

6  Dated:   **March 2, 2020**                              

7                                UNITED STATES MAGISTRATE JUDGE