# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., <br><br> Plaintiff, <br><br> v. <br><br> ADA 1824 PANELS, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-01718-DAD-SAB (PC) <br><br> ORDER DENYING PLAINTIFF'S SECOND MOTION TO SET SETTLEMENT TELECONFERENCE AND FOR APPOINTMENT OF COUNSEL <br><br> (ECF No. 26) |

Plaintiff Billy Driver, Jr. is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion requesting that the Court set this case for a settlement teleconference and appoint counsel to represent him at the settlement teleconference, filed on March 2, 2020. (ECF No. 26.)

As explained in the Court's prior order denying Plaintiff's first motion to set settlement teleconference and for appointment of counsel, which was originally served on February 24, 2020, and re-served on March 2, 2020, Plaintiff's request for a settlement conference is premature, and Plaintiff did not present the exceptional circumstances required for the Court to find appointment of counsel appropriate in this instance. (ECF No. 22.) As Plaintiff's renewed motion sets forth no further arguments in support of his requests, Plaintiff's second motion is denied on the same basis.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's second motion to set this case for a settlement teleconference, (ECF No. 26), is DENIED, as premature; and

2. Plaintiff's second motion for appointment of counsel, (ECF No. 26), is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: **March 9, 2020**

UNITED STATES MAGISTRATE JUDGE