UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., <br><br> Plaintiff, <br><br> v. <br><br> ADA 1824 PANELS, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-01718-DAD-SAB (PC) <br><br> ORDER DENYING PLAINTIFF'S REQUESTS FOR REFERRAL TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM <br><br> (ECF Nos. 34, 35, 36) |

Plaintiff Billy Driver, Jr. is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court are Plaintiff's motions for referral to Voluntary Dispute Resolution Program, filed on April 23, 2020, April 30, 2020, and May 13, 2020. (ECF Nos. 34, 35, 36.) Plaintiff's motions must be denied.

On April 23, 2020, April 30, 2020, and May 13, 2020, Plaintiff filed a form titled "Stipulation and Order to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271." (ECF No. 34, 35, 36.) Plaintiff has signed his name on the form, and has written in "Calif State Attorney General Xavier, Becerra" in the space intended for the signature of defense counsel. (Id.) As no defendant was ever served in this action and the case is closed, it is clear that the submission is not a stipulation from the parties requesting that this action be referred to a settlement

conference. As such, the Court construes the filing as yet another request by Plaintiff to set this case for a settlement conference. (See ECF Nos. 21, 26, 28, 29.)

On December 16, 2019, the undersigned issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be ordered to pay the $400.00 filing fee in full in order to proceed with this action. (ECF No. 8.) Plaintiff filed written objections to the findings and recommendations on January 21, 2020. (ECF No. 13.) Plaintiff's application to proceed *in forma pauperis* and the December 16, 2019 findings and recommendations remain pending before the District Judge assigned to this action. Further, once the District Court either grants Plaintiff's application to proceed *in forma pauperis* or denies Plaintiff's application to proceed *in forma pauperis* and Plaintiff pays the filing fee in full, the Court will then screen Plaintiff's complaint as it is required to do pursuant to 28 U.S.C. § 1915A(a). Since the Court has not yet screened Plaintiff's complaint, the Court has not yet determined whether Plaintiff has stated at least one cognizable claim for relief. Additionally, no Defendant has appeared in this action. Therefore, this action is not ready to be set for a settlement conference, and the Court can find no reason why this case should be referred to a settlement conference.

Accordingly, Plaintiff's requests for referral to voluntary dispute resolution program, (ECF Nos. 34, 35, 36), are DENIED. Plaintiff is cautioned that the repeated filing of meritless motions will not be tolerated. Filing frivolous motions is a waste of the Court's limited judicial resources. Future filing of frivolous motions will be *summarily denied* absent at least a minimal showing that Plaintiff has meet the requirements necessary for the requested relief.

IT IS SO ORDERED.

Dated:   **May 14, 2020**

UNITED STATES MAGISTRATE JUDGE