UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR.<br><br>    Plaintiff,<br><br>    v.<br><br>ADA 1824 PANELS, et.al.,<br>    Defendants. | Case No.: 1:19-cv-01718-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION FOR ELECTRONIC FILINGS<br><br>[ECF No. 42] |

Plaintiff Billy Driver Jr. is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request to file documents electronically. (ECF No. 42.)

Plaintiff seeks the Court's permission to file documents electronically through the electronic case management/filing ("CM/ECF") system. The Local Rules generally require pro se parties to file and serve paper documents. *See* E.D. Cal. Local Rule 133(a). A pro se litigant may request an exception to this requirement by filing a joint stipulation or by "written motion[] setting out an explanation of reasons for the exception." E.D. Cal. Local Rule 133(b)(2), (3). Although plaintiff has filed a "Request to participate in the CM/ECF system," this filing contains no explanation for or justification of his request for access to the

1

electronic filing system. (ECF No. 42.)  Thus, the Court finds no basis to deviate from the default requirement that pro se parties file and serve paper documents.  Accordingly, Plaintiff's request is denied.

IT IS SO ORDERED.

Dated:  **July 14, 2020**

UNITED STATES MAGISTRATE JUDGE