UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADA 1824 PANELS, *et al.*,<br><br>　　　　　　Defendants. | No. 1:19-cv-01718-DAD-SAB (PC)<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY THE FILING FEE AND DENYING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AS MOOT<br><br>(Doc. No. 31.) |

　　　　Plaintiff Billy Driver Jr. is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 24, 2020, following a *de novo* review of the case, the undersigned adopted the assigned magistrate judge's December 17, 2019 findings and recommendations and ordered plaintiff to pay the required filing fee in full within 21 days in order to proceed with this action. (Doc. No. 40.) The court also warned plaintiff that failure to pay the filing fee would result in dismissal of this action. (*Id.* at 2.) More than twenty-one (21) days have now passed since this court's June 24, 2020 order, and plaintiff still has not paid the required filing fee.

/////

/////

/////

1

Accordingly:

1. This action is dismissed without prejudice due to plaintiff's failure to comply with a court order, his failure to prosecute this action, and his failure to pay the required filing fee;

2. Plaintiff's motion for order to show cause (Doc. No. 31) is denied as moot; and

3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **August 10, 2020**

　　　　　　　　　　　　　　　　　*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE